UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2018 OCT -9 P 1:07

US DISTRICT COURT
HARTFORD CT

---------------------------------------------------------x
:
UNITED STATES OF AMERICA         :     Crim. No. 3:18 CR 239 (RNC)
:
v.                               :
:     OCTOBER 9, 2018
JOHN EDMONDS                     :
:
---------------------------------------------------------x

## FINDINGS AND RECOMMENDATION ON A PLEA OF GUILTY

The captioned matter was referred to the undersigned by Honorable Robert N. Chatigny, and a hearing was conducted, in open court and on the record, with the written consent of the defendant, counsel for the defendant and counsel for the United States, regarding the defendant's request to change his plea to Counts One and Two of the Information to "Guilty." Based upon the answers given by the defendant under oath and in the presence of counsel; the remarks of defense counsel and counsel for the government; and the written representations in the plea agreement; I find the following:

- that Mr. Edmonds is competent to plead;

- that he understands the charges against him;

- that he knows he has the right to be represented by counsel at trial and at every other stage of the proceeding, and is satisfied with his current counsel;

- that he understands his right to trial, including the right to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses;

- that he knows the maximum possible sentence including the maximum possible terms of imprisonment and supervised release, and the maximum potential fine that

could be imposed;

- that he knows that the Court is obligated to consider the advisory sentencing guidelines range, possible departures under the sentencing guidelines, and other sentencing factors under applicable sentencing law, and that all factual disputes at sentencing will be resolved by the Judge by a preponderance of the evidence;

- that he understands the mandatory consequences and the other collateral consequences of a felony conviction;

- that he knows he will not be permitted to withdraw his plea of guilty if the sentence imposed is other than he anticipates;

- that he understands his right to appeal, and that his limited waiver of that right is made knowingly and of his own free will;

- that there is a factual basis for the defendant's plea, including the information set forth in the stipulation of offense conduct; and

- that the defendant's waiver of rights and plea of guilty have been knowingly and voluntarily made and not coerced.

Accordingly, I hereby **RECOMMEND** that the defendant's plea of guilty be accepted.

Dated this 9th day of October, 2018, at Hartford, Connecticut.

/s/ Robert A. Richardson
_____
Robert A. Richardson
United States Magistrate Judge