```
                     UNITED STATES DISTRICT COURT

                       DISTRICT OF CONNECTICUT
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 3:18-cr-00239-RNC |
| | : | |
| JOHN EDMONDS | : | |

                ORDER ACCEPTING THE MAGISTRATE JUDGE'S FINDINGS

1.  I hereby accept and adopt the Magistrate Judge's finding that the plea of guilty by this defendant has been knowingly and voluntarily made and the recommendation that the defendant's plea of guilty should be accepted.  Accordingly, a finding of guilty will enter forthwith, and the case is referred to the United States Probation Office for the preparation of a Presentence Report.

2.  The defendant will appear for sentencing on December 19, 2018 at 10:00 a.m., in the North Courtroom at the United States Courthouse, 450 Main Street, Hartford, Connecticut.

3.  The Presentence Report will be disclosed to the defendant, counsel for defendant, and the Government by no later than  November 7, 2018  .  Counsel will then have five (5) days in which to communicate to the probation officer any objections they may have as to any material information, sentencing classifications, sentencing guideline range, and policy statements in the Report.  The second or final version of the

Presentence Report must be disclosed to counsel and to the court by  December 1, 2018  .

    4.   The defendant will submit any memorandum in aid of sentencing by no later than  December 5, 2018  .  The Government will submit any response to the defendant's sentencing memorandum by no later than   December 12, 2018.

    It is so ordered.

    ENTERED at Hartford, Connecticut, this   7th   day of November 2018.

>            /s/ RNC
>        Robert N. Chatigny
>    United States District Judge