UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:18-cr-239-RNC |
| v. | |
| JOHN EDMONDS | September 15, 2020 |

## APPEARANCE

To the Clerk of this Court and all parties of record:  Enter my appearance as counsel in this case for the United States of America.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

_____/s/_____
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov
157 Church Street, 25th Floor
New Haven, CT   06510
Tel.: (203) 821-3700

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                /s/
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY